UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,
    Plaintiff

v.                                                Case No.

MILLARD LIVATT a/k/a
MILLARD F. LIVATT JR.,
    Defendant
_____/

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW Plaintiff, the UNITED STATES OF AMERICA, and sues Defendant, MILLARD LIVATT a/k/a MILLARD F. LIVATT JR., and alleges:

### Jurisdiction

1. This is an action for damages against Defendant, MILLARD LIVATT a/k/a MILLARD F. LIVATT JR., a Medicare beneficiary, seeking the recovery of Medicare overpayments pursuant to 20 C.F.R. 404.515.

2. The Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

1

## Parties

3. Plaintiff, THE UNITED STATES OF AMERICA (the "U.S.A."), brings this action acting through the United States Department of the Treasury, Bureau of the Fiscal Service (the "U.S. Treasury").

4. Defendant, MILLARD LIVATT a/k/a MILLARD F. LIVATT JR., ("DEFENDANT"), resides at 330 Campus View Drive, Orlando, Florida 32810.

## Venue

5. Venue is proper in this judicial district and this Court pursuant to 28 U.S.C. §1391(b)(2) because DEFENDANT is located in this judicial district and a substantial part of the events or omissions giving rise to this action occurred in this judicial district.

## Statement Of Claim

6. On or about October 1, 2018, the U.S. Department of Health and Human Services ("HHS"), Centers for Medicare and Medicaid Services ("CMS") sent a letter to DEFENDANT advising that DEFENDANT owed CMS the sum of $7,628.13 as a responsible party for overpayments made for the services provided to one of DEFENDANT's employees as a result of an accident/incident which took place on January 11, 2017. A copy of the October 1, 2018, letter is attached hereto and incorporated herein as **Exhibit "A"**. CMS had paid for the services rendered to the DEFENDANT.

7. On or about October 31, 2018, HHS and CMS determined that DEFENDANT remained delinquent in its obligations, and DEFENDANT owed CMS the sum of $7,500.00 with interest accruing thereon at the annual interest rate of 10.25%.

8. On or about June 18, 2019, HHS referred the Claim to the U.S. Treasury in accordance with the Debt Collections Improvement Act of 1996, (31 U.S.C. § 3701 *et seq*. On June 17, 2021, the U.S. Treasury referred the Claim to the U.S. Department of Justice in the principal amount of $7,500.00 with interest accruing at the annual interest rate of 10.25%.

9. As of August 22, 2025 DEFENDANT owed the U.S.A. the amount of $12,969.88, calculated as follows:

|  |  |
|---|---|
| A. Principal: | $7,500.00 |
| B. Interest (at 10.25%) | $5,469.88 |
| **Total:** | **$12,969.88** |

A copy of the Certificate of Indebtedness is attached hereto and incorporated herein as **Exhibit "B"**.

10. DEFENDANT has failed to pay the amount owed despite repeated demands made by the U.S.A. pursuant to 42 U.S.C. §1395y (b) and 42 C.F.R. §§411.20 – 411.37, and 411.100 – 411.206.

11. As a direct and proximate result of DEFENDANT's failure to pay and breach of its statutory and regulatory obligations, the U.S.A. has been damaged.

12. Pursuant to 28 U.S.C. § 2412(a), the U.S.A. is entitled to recover from DEFENDANT all costs and expenses incurred in this action, including a reasonable attorneys' fee.

13. All conditions precedent to this action have occurred, have been performed, or have been waived.

WHEREFORE, Plaintiff, the UNITED STATES OF AMERICA, demands judgment against Defendant, MILLARD LIVATT a/k/a MILLARD F. LIVATT JR., in the amount of at least $12,969.88, plus interest from August 22, 2025 through the date of the judgment, post-judgment interest pursuant to 28 U.S.C. §1961, all allowable administrative costs and expenses and all other allowable costs and expenses pursuant to 28 U.S.C. § 2412 (a)(2), and for all such other and further relief which this Court deems just and proper.

Date: October 13th, 2025.

Respectfully submitted,

By: /s/ Todd M. Hoepker
Todd M. Hoepker, Esq. (FL Bar ID 507611)
Attorney for the Plaintiff United States of America
On behalf of Schuerger Law Group

        P.O. Box 3311
        Orlando, FL 32802-3311
        Telephone: (407) 426-2060
        Facsimile: (407) 426-2066
        toddhoepker@toddhoepkerlaw.com
        copies to: efiling@schuergerlaw.com